

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER DENYING MOTION FOR REHEARING

Appellate case name:      In re Freddie Robin Edwards

Appellate case number:   01-22-00063-CR, 01-22-00064-CR

Trial court case number:  1702029, 1709771

Trial court:                    351st District Court of Harris County

It is ordered that Appellant's Motion for Rehearing is **denied**.

Judge's signature: /s/ Veronica Rivas-Molloy
                          Acting for the Court

Panel consists of Justices Landau, Hightower, and Rivas-Molloy.

Date:   April 26, 2022